IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BERNARD JONES                                                                                           PLAINTIFF

v.                                      Civil No. 4:16-cv-04047

GRIFFETH, CORPORAL;
DICKSON, OFFICER
MILLER COUNTY DETENTION CENTER;
LIEUTENANT ADAMS; and
SERGEANT DEWAYNE FLOYD                                                                 DEFENDANTS

**ORDER**

Plaintiff Bernard Jones filed this 42 U.S.C. § 1983 action *pro se* on May 13, 2016. ECF No. 1. Before the Court is Plaintiff's Motion for Extension of Time to respond to Defendants' Motion for Summary Judgment. ECF No. 37. On May 3, 2017, Defendants filed a Motion for Summary Judgment. ECF No. 32. On May 11, 2017, I entered an Order directing Plaintiff to file a Response to Defendants' motion on or before June 8, 2017. ECF No. 35. On June 29, 2017, I entered an Order to Plaintiff to show cause as to why he failed to file a Response by June 8, 2017. ECF No. 36. Plaintiff has responded to the Order to show cause. ECF No. 37.

I find good cause is shown for an extension, the request is not intended for the purpose of harassment or delay, and neither party will be prejudiced by the extension. Plaintiff's Motion for Extension (ECF No. 37) is **GRANTED. Plaintiff is given an extension unti**l **August 11, 2017, to file a Response to Defendants' Motion for Summary Judgment. Failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 11th day of July 2017.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE