IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BERNARD JONES                                                                      PLAINTIFF

v.                              Civil No. 4:16-cv-04047

CORPORAL GRIFFETH;
DICKSON, OFFICER
MILLER COUNTY DETENTION CENTER;
LIEUTENANT ADAMS; and
SERGEANT DEWAYNE FLOYD                                                     DEFENDANTS

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 32) is hereby **GRANTED,** and the above-styled case is dismissed with prejudice.

**IT IS SO ORDERED** this 5th day of October, 2017.

                                                            /s/ Susan O. Hickey
                                                            Susan O. Hickey
                                                            United States District Judge